UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA DEPARTMENT OF CORRECTIONS, and DOES 1-10,<br><br>            Defendants. | Case No.  5:13-CV-04390 HRL<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL SHOULD NOT BE SANCTIONED** |

On January 7, 2014, the court held a Case Management Conference.  Defendants appeared.  Plaintiff did not.  Accordingly, plaintiff's counsel, Daymon Morris Ferguson, shall appear in person before this court on **January 14, 2014, 10:00 a.m.**, Courtroom 2, United States District Court, 280 South First Street, San Jose, California, and show cause why he should not be sanctioned for failure to appear.  See Civ. L.R. 16-10(a).

**SO ORDERED**.

Dated:  January 7, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04390-HRL Notice has been electronically mailed to:

Daymon Morris Ferguson    daymonferguson@yahoo.com

Mark F. Bernal    mark.bernal@cco.sccgov.org, cathy.grijalva@cco.sccgov.org