UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, COUNTY OF SANTA CLARA DEPARTMENT OF CORRECTIONS, and DOES 1-10,<br><br>        Defendants. | Case No.  5:13-CV-04390 HRL<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Having reviewed plaintiff's counsel's declaration, the January 7, 2014 Order to Show Cause is discharged and the January 14, 2014 show cause hearing is vacated.

**SO ORDERED**.

Dated: January 10, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04390-HRL Notice has been electronically mailed to:

Daymon Morris Ferguson     daymonferguson@yahoo.com

Mark F. Bernal     mark.bernal@cco.sccgov.org, cathy.grijalva@cco.sccgov.org